IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LLOYA ALEXIS STEVENS,<br><br>    Plaintiff,<br><br>  v.<br><br>LULULEMON, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-233 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 1, 2024, Report and Recommendation, (doc. 7), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Stevens' claims against Defendants Tony Rodnicki, Sue McLea, and Jenny Davis are **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** those defendants. Service of Stevens' claim against Lululemon remains pending with the United States Marshal. (See, e.g., doc. 10.)

**SO ORDERED**, this 4th day of December, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA