AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LLOYA ALEXIS STEVENS,

    Plaintiff,

v.

LULULEMON,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER 4:24-cv-00233

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 23, 2025, this action is dismissed with prejudice. This case stands closed.

6/23/2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(signature)*

(By) Ann Duke, Deputy Clerk

GAS Rev 10/1/03